**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.:  7:20-CV-343 |
| | § | |
| 2.525  ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND ROSENDO RAMIREZ, | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

_____

**COMPLAINT IN CONDEMNATION**
_____

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition  Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination  and award of just compensation  to the owners and parties in interest.

2.      The Court has subject matter jurisdiction  over this action pursuant to 28 U.S.C. §

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description  and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Manuel Muniz Lorenzi*
         **MANUEL MUNIZ LORENZI**
         Assistant United States Attorney
         Southern District of Texas No. 338159
         Puerto Rico Bar No. 21246
         1701 W. Bus. Highway 83, Suite 600
         McAllen, TX 78501
         Telephone:  (956) 618-8010
         Facsimile:  (956) 992-9425
         E-mail:  Manuel.Muniz.Lorenzi@usdoj.gov

# SCHEDULE A

**<u>SCHEDULE A</u>**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8007
Owner:  Rosendo Ramirez, *et al.*
Acres:  2.525

**Being** a 2.525 acre (109,989 square feet) parcel of land, more or less, being out of the Nicolas Vela Survey, Abstract No. 179, Porción 82, Starr County, Texas and being out of the remainder of a called 9.664 acre tract conveyed to Pedro Ramirez, Federico Ramirez, Eusebio Ramirez de Garcia, Maria Ramirez de Lopez and Juan Ramirez Vela by Certified Copy of Final Judgement recorded in Volume 133, Page 1, Deed Records of Starr County, Texas (Share 107-B), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8007-1=8008-1" for the southerly southeast corner of Tract RGV-RGC-8007, said point being at the southeast corner of the 9.664 acre remainder tract and the southwest corner of a called 0.115 acre tract conveyed to Maria C. Vela by Warranty Deed recorded in Volume 369, Page 577, Deed Records of Starr County, Texas, said point being in the north line of a called 9.81 acre tract conveyed to Tiburcia G. Ramirez by Partition Deed recorded in Volume 843, Page 622, Official Records of Starr County, Texas (Tract No. 1), said point having the coordinates of N=16648309.859, E=892013.164, said point bears N 45°53'50" W, a distance of 1268.07' from United States Army Corps of Engineers Control Point No. TGT-14;

**Thence:** N 80°39'00" W (N 80°45'00" W, Record), with the south line of the 9.664 acre remainder tract and the north line of the 9.81 acre tract, for a distance of 257.25' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8004-2-5=8007-2" for the southwest corner of Tract RGV-RGC-8007, said point being in the south line of the 9.664 acre remainder tract and the north line of the 9.81 acre tract;

**Thence:** N 32°55'35" W, departing the north line of the 9.81 acre tract, over and across the 9.664 acre remainder tract, for a distance of 381.52' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8006-3=8007-3" for the northwest corner of Tract RGV-RGC-8007, said point being in the west line of the 9.664 acre remainder tract and the east line of a called 40.533 acre tract recorded in Volume 133, Page 1, Deed Records of Starr County, Texas (Share 110) and being the same tract of land

## SCHEDULE C (Cont.)

conveyed to Carmen S. Gonzalez by Special Warranty Deed recorded in Volume 1083, Page 784, Official Records of Starr County, Texas;

**Thence:** N 09°21'00" E (N 09°15'00" E, Record), with the west line of the 9.664 acre remainder tract and the east line of the 40.533 acre tract, for a distance of 178.27' to a point for the north corner of Tract RGV-RGC-8007, said point being at the northwest corner of the 9.664 acre remainder tract and the southwest corner of a called 1.66 acre tract conveyed to America Arredondo by Deed of Gift recorded in Volume 1096, Page 812, Official Records of Starr County, Texas, said point being in the east line of the 40.533 acre tract;

**Thence:** S 80°45'00" E, departing the east line of the 40.533 acre tract, with the north line of the 9.664 acre remainder tract and the south line of the 1.66 acre tract, for a distance of 108.06' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8007-5" for the northeast corner of Tract RGV-RGC-8007, said point being in the north line of the 9.664 acre remainder tract and the south line of the 1.66 acre tract;

**Thence:** departing the south line of the 1.66 acre tract, over and across the 9.664 acre remainder tract, the following courses and distances:

- S 32°55'35" E, for a distance of 586.62' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8007-6" for an angle point of Tract RGV-RGC-8007;

- S 47°40'04" E, for a distance of 13.38' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8007-7=8008-2" for the northerly southeast corner of Tract RGV-RGC-8007, said point being in the east line of the 9.664 acre remainder tract and the west line of the 0.115 acre tract;

**Thence:** S 09°21'00" W (S 09°15'00" W, Record), with the east line of the 9.664 acre remainder tract and the west line of the 0.115 acre tract, for a distance of 19.42' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 80°39'00" W | 257.25' | N 80°45'00" W | N/A |
| L2 | N 32°55'35" W | 381.52' | N/A | N/A |
| L3 | N 09°21'00" E | 178.27' | N 09°15'00" E | N/A |
| L4 | S 80°45'00" E | 108.06' | N/A | N/A |
| L5 | S 32°55'35" E | 586.62' | N/A | N/A |
| L6 | S 47°40'04" E | 13.38' | N/A | N/A |
| L7 | S 09°21'00" W | 19.42' | S 09°15'00" W | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16648309.859 | 892013.164 | RGV-RGC-8007-1=8008-1 |
| 2 | 16648351.652 | 891759.335 | RGV-RGC-8004-2-5=8007-2 |
| 3 | 16648671.891 | 891551.954 | RGV-RGC-8006-3=8007-3 |
| 4 | 16648847.790 | 891580.916 | RGV-RGC-8007-4 |
| 5 | 16648830.421 | 891687.567 | RGV-RGC-8007-5 |
| 6 | 16648338.028 | 892006.432 | RGV-RGC-8007-6 |
| 7 | 16648329.021 | 892016.319 | RGV-RGC-8007-7=8008-2 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO  NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORPS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00040000 (E.G. GRID X 1.00040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.



LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7268 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | | | | | BY | DATE | |
|---|---|---|---|---|---|---|---|---|
| | | | Mark | Description | Date | Appr. | | |
| **METES & BOUNDS SURVEY** | | | 1 | Boundary Revision | 10/9/19 | | Drawn | TPA | 10/19 |
| **UNKNOWN HEIRS OF PEDRO RAMIREZ, ET AL** | | | | | | | Checked | TPA | 10/19 |
| **TRACT No. RGV-RGC-8007** | | | | | | | Surveyor | JDB | 10/19 |
| | | | | | | | Fld.Bk. # | 186886-74-88 | |
| **STARR COUNTY** | | **TEXAS** | | | | | | | |





CONTRACT NO. W91270-14-D-0013
T/O. W91270-19-F-0139

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10019040

ENGINEERING, INC.
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

Drawing Ref. No.
SHEET 5 OF 7

US Army Corps of Engineers

MDS PROJ. NO. 19-200-00     FILE NAME  RGV-RGC-8007     DATE  10/25/2019

## SCHEDULE D (Cont.)



SCALE: 1" = 2000'

RGV-RGC-8007

METES & BOUNDS SURVEY
UNKNOWN HEIRS OF PEDRO RAMIREZ, ET AL
TRACT No. RGV-RGC-8007
STARR COUNTY                                    TEXAS

## SCHEDULE D (Cont.)



Tract:  RGV-RGC-8007
Owner:  Rosendo Ramirez, *et al.*
Acreage:  2.525

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8007
Owner:  Rosendo Ramirez, *et al*.
Acres:  2.525

      The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

      Reserving to the owners of the lands identified as Share 107-B in the instrument recorded as Certified Copy of Final Judgment – Cause No. 2082, Document No. 1944-21237, Volume 133, Page 1, Deed Records of Starr County, Texas (Share 107-B), reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

**<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is EIGHTEEN THOUSAND, NINE HUNDRED, EIGHTY-FIVE DOLLARS AND NO/100 ($18,985.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## **SCHEDULE G**

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Rosendo Ramirez**<br>█████████████<br>Pharr, Texas █████ | ███████████████████<br>███████████ |
| **Unknown Heirs of Elodia Ramirez Gonzalez**<br>Address Unknown | ████████████████<br>██████ County |
| **Unknown Heirs of Herlinda Ramirez Arredondo**<br>Address Unknown | |
| **Santos Ramirez Lopez**<br>█████████<br>Garciasville, Texas ████ | |
| **Aurora Ramirez Rodriguez**<br>████████████<br>Garciasville, Texas ████ | |
| **Sabino Alvarez**<br>███████████████<br>Rio Grande City, Texas █ █ | |
| **Linda Diana Soto Chapa**<br>██████████████<br>Grand Prairie, Texas ████ | |
| **Joel Armando Alvarez**<br>██████████ █<br>Grand Prairie, Texas ████ | |
| **Jorge Alfredo Alvarez**<br>███████████<br>Rio Grande City, Texa ██████ | |

| | |
|---|---|
| **Juan Abel Alvarez**<br>███████<br>Edinburg, Texas ███████ | |
| **Javier Alejandro Alvarez**<br>███████<br>Rio Grande City, Texas ███████ | |
| **Sylvia Alvarez**<br>███████<br>Arlington, Texas ███████ | |
| **Jose Adan Alvarez**<br>███████<br>Rio Grande City, Texas ███ | |
| **Unknown Heirs of Juan Ramirez Vela**<br>Address Unknown | |
| **Unknown Heirs of Maria Morin Ramirez**<br>Address Unknown | |
| **Unknown Heirs of Rene Ramirez**<br>Address Unknown | |
| **Unknown Heirs of Olivia Ramirez**<br>Address Unknown | |
| **Unknown Heirs of Rene R. Ramirez**<br>Address Unknown<br><br>**Calixta Trevino Ramirez**<br>███████<br>Rio Grande City, Texas ███ | **RGV-RGC-8007**<br>Warranty Deed, Document #1982-114941; Recorded December 1, 1982, Deed Records of Starr County |
| **Unknown Heirs of Refugio Garcia**<br>Address Unknown<br><br>**Unknown Heirs of Eusebia Ramirez de Garcia**<br>Address Unknown | **RGV-RGC-8007**<br>Final Judgment, Document #1944-21237; Recorded May 17, 1944, Deed Records of Starr County |
| **America Arredondo**<br>███████<br>Rio Grande City, Texas ███ | **RGV-RGC-8007**<br>Deed of Gift, Document #2006-256559; Recorded May 24, 2006, Deed Records of Starr County |

| **Unknown Heirs of Pedro Ramirez**<br>Address Unknown | **RGV-RGC-8007**<br>Final Judgment, Document #1944-21237;<br>Recorded May 17, 1944, Deed Records of<br>Starr County |
|---|---|
| **Unknown Heirs of Federico Ramirez**<br>Address Unknown | **RGV-RGC-8007**<br>Final Judgment, Document #1944-21237;<br>Recorded May 17, 1944, Deed Records of<br>Starr County |
| **Unknown Heirs of Maria Ramirez de Lopez**<br>Address Unknown | **RGV-RGC-8007**<br>Final Judgment, Document #1944-21237;<br>Recorded May 17, 1944, Deed Records of<br>Starr County |
| **Ameida Salinas**<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Starr County Tax Assessor-Collector**<br>Property ID #21419 |
| **Maria del Carmen Gonzalez**<br>Laredo, Texas | |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

2.525 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND ROSENDO RAMIREZ, et al.,

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    STARR
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Manuel Muniz Lorenzi, United States Attorney's Office, SDTX, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX 78501

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
      Plaintiff

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE
10/27/2020

SIGNATURE OF ATTORNEY OF RECORD
s/ Manuel Muniz Lorenzi

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____