United States District Court
Southern District of Texas
**ENTERED**
September 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-343 |
| § | |
| ROSENDO RAMIREZ, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER SETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for video status conference via Zoom on November 12, 2021, at 9:30 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED September 9, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge